**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CARL W. JAGNOW,

                  Respondent

                  v.

SHARON A. JAGNOW,

                  Petitioner

:  No. 438 MAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.